# EXHIBIT A



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = wings, the collection
Search Results: Displaying 1 of 1 entries



*Blue Wings, et al.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001934073 / 2014-12-06 |
| **Application Title:** | Wings, The Collection. |
| **Title:** | Blue Wings, et al. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Roza Khamitova. Address: 663 Left Bank Road, Mullumbimby Creek, NSW, 2482, Australia. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-11-01 |
| **Nation of First Publication:** | Australia |
| **Authorship on Application:** | Roza Khamitova; Domicile: Australia; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Roza Khamitova, P.O.Box 97, Brunswick heads, NSW, 2483, Australia, (610) 448-8469 x60, khamitova@gmail.com |
| **Contents:** | Black Wings. |
|  | Blue Wings. |
|  | Earthy Wings. |
|  | Exotic Wings. |
|  | Vintage Wings. |
|  | Purple Wings. |
|  | White Wings. |
| **Names:** | Khamitova, Roza |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page